1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Nazreth Derboghossian,                    No. CV-14-01289-PHX-GMS

10                       Petitioner,            **ORDER**

11   v.

12   Charles DeRosa,

13                       Respondent.

14

15         Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and

16   United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R").

17   Docs. 1, 21.  The R&R recommends that the Court deny and dismiss the Petition with

18   prejudice.  Doc. 21 at 7.  The Magistrate Judge advised the parties that they had fourteen

19   days to file objections to the R&R and that failure to file timely objections could be

20   considered a waiver of the right to obtain review of the R&R.  *Id.* at 7 (citing Fed. R. Civ.

21   P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

22         The parties did not file objections, which relieves the Court of its obligation to

23   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

24   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

25   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

26   determine de novo any part of the magistrate judge's disposition that has been properly

27   objected to.").  The Court has nonetheless reviewed the R&R and finds that it is well-

28   taken.  The Court will accept the R&R and deny and dismiss the Petition with prejudice.

*See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1.      Magistrate Judge Aspey's R&R (Doc. 21) is **accepted**.

2.      Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **denied and dismissed with prejudice**.

3.      The Clerk of Court shall **terminate** this action.

4.      Because this case arises under 28 U.S.C. § 2241, no ruling on a certificate of appealability is required.

Dated this 29th day of January, 2015.

Honorable G. Murray Snow
United States District Judge